JAMES WHIPPLE

*v.*

THE PEOPLE *ex rel.* Nathaniel Buzzell.

*Opinion filed June 17, 1899.*

APPEALS AND ERRORS—*when appeal must be taken to the Appellate Court.* An appeal from a judgment of ouster, rendered in a proceeding in the name of the People to contest the title of the respondent to the office of commissioner of highways, must be taken to the Appellate Court. (*People* v. *Holtz,* 92 Ill. 426, and *McGrath* v. *People,* 100 id. 464, followed.)

APPEAL from the Circuit Court of DeKalb county; the Hon. GEORGE W. BROWN, Judge, presiding.

GEORGE BROWN, and CLIFFE & CLIFFE, for appellant.

HENRY S. EARLY, State's Attorney, (CARNES & DUNTON, of counsel,) for appellee.

Mr. JUSTICE CRAIG delivered the opinion of the court:

This was a proceeding instituted in the circuit court of DeKalb county in the name of The People *ex rel.* Nathaniel Buzzell, against James Whipple, to contest the title of the respondent to the office of commissioner of highways of the township of Sycamore, in DeKalb county. The defendant, James Whipple, pleaded to the information, setting up title to the office. Replications were filed and a hearing was had before the court on the pleadings and evidence, and the court entered a judgment of ouster. The respondent prayed for and obtained an appeal to this court.

This is not a criminal case, nor one involving a freehold, a franchise or the validity of a statute, and under the Appellate Court act and sections 88 and 90 of the Practice act an appeal from a judgment of ouster will not lie to this court but must be taken to the Appellate Court, as held in *People* v. *Holtz,* 92 Ill. 426, and *McGrath*

v. *People*, 100 id. 464.    As these cases are conclusive of the question no further discussion is required.

The appeal will be dismissed, but leave will be granted appellant to withdraw the record, abstract and briefs, to be filed in the Appellate Court.          *Appeal dismissed.*